# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MIGUEL CHRISTIAN THERIOT

NO. 2022 KW 0887

**OCTOBER 11, 2022**

---

In Re:   Miguel Christian Theriot, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 13-FELY-666893.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**EW**

**Guidry, J.,** dissents.  The decision whether to apply **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by non-unanimous juries remains with the Louisiana Supreme Court.  A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion.  See **Danforth v. Minnesota,** 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008).  Accordingly, I would stay the writ application pending a decision in **State v. Reddick,** 2021-1893 (La. 2/15/22), 332 So.3d 1173, whereby the Louisiana Supreme Court has taken up for consideration the issue of whether **Ramos** applies retroactively on state collateral review.

COURT OF APPEAL, FIRST CIRCUIT

α·Sπ

---
DEPUTY CLERK OF COURT
FOR THE COURT